Form r341y−r341 VAN−02
Rev. 05/2010

# United States Bankruptcy Court
# Central District of California

**411 West Fourth Street, Suite 2030, Santa Ana, CA 92701−4593**

## RENOTICE 341 MEETING

**DEBTOR INFORMATION:**
AC Professional Electric, Inc.

**BANKRUPTCY NO.** 8:26−bk−12149−SC

**CHAPTER** 7

**Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s)., (if any):** N/A
**Employer Tax−Identification (EIN) No(s).(if any):** 47−3765846
**Debtor Dismissal Date:** N/A

**Address:**
PO Box 57
Yorba Linda, CA 92885

**DEBTOR'S ATTORNEY:**
Thomas J Polis
Polis & Associates, APLC
19800 MacArthur Blvd
Ste 1000
Irvine, CA 92612−2433

949−862−0040

**TRUSTEE:**
Karen S Naylor (TR)
23101 Lake Center Drive, Suite 355
Lake Forest, CA 92630

(949) 748−7936

Please take notice that the 341 meeting date has been reset for:

**Date:** August 25, 2026 **Time:** 12:00 PM
**Location:** Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 506 522 8452, and Passcode 9524534563, OR call 1 657 222 4281

Dated: July 27, 2026

By the Court,
**Kathleen J. Campbell**
Clerk of Court