| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Thomas J. Polis, Esq. (SBN 119326)<br>POLIS & ASSOCIATES, APLC<br>19800 MacArthur Blvd., Suite 1000<br>Irvine, CA 92612<br>Tel: (949) 862-0040<br>Fax: (949) 862-0041<br>Email: tom@polis-law.com<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for Debtor* AC Professional Electric, Inc. | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| | |
|---|---|
| In re:<br><br>AC Professional Electric, Inc.<br><br>Debtor(s) | CASE NO.: 8:26-bk-12149-SC<br>CHAPTER: 7 |
| | **SUMMARY OF AMENDED SCHEDULES, MASTER MAILING LIST, AND/OR STATEMENTS [LBR 1007-1(c)]** |

A filing fee is required to amend Schedules D or E/F (see Abbreviated Fee Schedule on the Court's website www.cacb.uscourts.gov). A supplemental master mailing list (do not repeat any creditors on the original) is required as an attachment if creditors are being added to the Schedule D or E/F.
Are one or more creditors being added? ☐ Yes ☒ No

The following schedules, master mailing list or statements (check all that apply) are being amended:

☐ Schedule A/B ☐ Schedule C ☒ Schedule D ☒ Schedule E/F ☐ Schedule G
☐ Schedule H ☐ Schedule I ☐ Schedule J ☐ Schedule J-2 ☒ Statement of Financial Affairs
☐ Statement About Your Social Security Numbers ☐ Statement of Intention ☐ Master Mailing List
☐ Other (*specify*) ____________________

I/we declare under penalty of perjury under the laws of the United States that the amended schedules, master mailing list, and or statements are true and correct.

Date: 08/24/2026

Debtor 1 Signature Justin Ryver

Debtor 2 (Joint Debtor) Signature (if applicable)

***NOTE:*** It is the responsibility of the Debtor, or the Debtor's attorney, to serve copies of all amendments on all creditors listed in this Summary of Amended Schedules, Master Mailing List, and/or Statements, and to complete and file the attached Proof of Service of Document.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
19800 MacArthur Blvd, Suite 1000, Irvine, CA 92612

A true and correct copy of the foregoing document entitled (*specify*): **SUMMARY OF AMENDED SCHEDULES, MASTER MAILING LIST, AND/OR STATEMENTS [LBR 1007-1(c)]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.** **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 8/24/2026________, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

See attached

☒ Service information continued on attached page

**2.** **SERVED BY UNITED STATES MAIL**: On (*date*) _______________, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3.** **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _______________, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 8/24/26 | Cristina Allen | /s/ Cristina Allen |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

**PROOF OF SERVICE CONTINUED PAGE**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**

- **Kerry K Fennelly** kfennelly@kraw.com, vmindirgasova@kraw.com;jbaldwin@kraw.com;vduran@kraw.com
- **Ji Yong Kim** jykim@luch.com
- **Susan Graham Lovelace** lovelace@luch.com, kbrown@luch.com;kimberley@luch.com;caroberts@luch.com
- **Karen S Naylor (TR)** alane@ringstadlaw.com, knaylor@IQ7technology.com;ecf.alert+Naylor@titlexi.com
- **Thomas J Polis** tom@polis-law.com, paralegal@polis-law.com;r59042@notify.bestcase.com
- **Michael J Quinn** mquinn@vedderprice.com, ecfladocket@vedderprice.com,michael-quinn-2870@ecf.pacerpro.com
- **Larry Rothman** tocollect@aol.com
- **United States Trustee (SA)** ustpregion16.sa.ecf@usdoj.gov

**Fill in this information to identify the case:**

Debtor name AC Professional Electric, Inc.

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) 8:26-bk-12149

☒ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☒ Yes. Fill in all of the information below.

**Part 1: List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|
| 2.1 Aaron Couste | $700,000.00 | $0.00 |
| 2.2 Billd Exchange, LLC | $355,442.83 | $0.00 |

**2.1** Aaron Couste
Creditor's Name

8943 W. Country Club Trail
Peoria, AZ 85383
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
8/13/2024

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
Trade debt - seller note (UCC-1)

**Describe the lien**
Agreement

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

---

**2.2** Billd Exchange, LLC
Creditor's Name
c/o Natalia A. Minassian,
Esq.Hatkoff & Minassian,
ALC18757 Burbank Blvd.,
Suite 100
Tarzana, CA 91356
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
4/28/2025

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No

**Describe debtor's property that is subject to a lien**
Trade debt (UCC-)

**Describe the lien**
Agreement

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☒ Contingent



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor AC Professional Electric, Inc. Case number (if known) 8:26-bk-12149
Name

including this creditor and its relative priority.

☐ Unliquidated
☐ Disputed

---

**2.3** Dogwood State Bank
Creditor's Name
c/o Michael D. Leifman, Esq.VedderPrice222 North LaSalle Street
Chicago, IL 60601
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
08/02/2024
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
Trade debt - SBA loan (UCC-1)

**Describe the lien**
Agreement
**Is the creditor an insider or related party?**
☒ No
☐ Yes
**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,800,000.00 $0.00

---

**2.4** Internal Revenue Service
Creditor's Name
PO Box 145595, STOP 842OG
Cincinnati, OH 45250
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
8/18/2025
**Last 4 digits of account number**
7839
**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
Federal tax lien

**Describe the lien**
Statutory Lien
**Is the creditor an insider or related party?**
☒ No
☐ Yes
**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$417,934.42 $0.00

---

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** $4,273,377.25

## Part 2: List Others to Be Notified for a Debt Already Listed in Part 1

**List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.**

**If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.**

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Dogwood State Bank<br>5401 SixForks Road, Suite 100<br>Raleigh, NC 27609 | Line 2.3 | |



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor AC Professional Electric, Inc. Case number (if known) 8:26-bk-12149
Name

Mark Wilson, Esq.
Klein & Wilson, LLP4770 Von Karman
Newport Beach, CA 92660

Line 2.1



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name AC Professional Electric, Inc.

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) 8:26-bk-12149

☒ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Franchise Tax Board<br>PO Box 942857<br>Sacramento, CA 94257-0631 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $6,285.65 | $6,285.65 |
| | Date or dates debt was incurred | Basis for the claim:<br>July 2024 and December 2023 (tax lien) | | |
| | Last 4 digits of account number 2023<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |
| 2.2 | Internal Revenue Service<br>290 North D Street<br>San Bernardino, CA 92401-1734 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $930,103.61 | $930,103.61 |
| | Date or dates debt was incurred | Basis for the claim:<br>2020; 2021; and 2022 payroll taxes | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (10) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |
| 2.3 | Justin Ryver<br>5454 Berryhill Drive<br>Yorba Linda, CA 92886 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $47,000.00 | $17,150.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>Wages | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor AC Professional Electric, Inc. Case number (if known) 8:26-bk-12149
Name

**2.4** Priority creditor's name and mailing address
Nicole Beringer
30551 Aspen Glen Street
Murrieta, CA 92563

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$22,305.00 $17,150.00

Date or dates debt was incurred

Basis for the claim: Wages

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**2.5** Priority creditor's name and mailing address
Troy White
4284 E. Southwood Dr.
Gilbert, AZ 85298

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$7,421.60 $7,421.60

Date or dates debt was incurred

Basis for the claim: Wages

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

**3.1** **Nonpriority creditor's name and mailing address**
AG&P Americas, Inc.
8665 New Trails Dr., Suite 125
Spring, TX 77381

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$40,161.50

**Date(s) debt was incurred** _

**Basis for the claim:** Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

**3.2** **Nonpriority creditor's name and mailing address**
American Bobcat
PO Box 1501
Vista, CA 92085

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$6,720.00

**Date(s) debt was incurred** _

**Basis for the claim:** Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

**3.3** **Nonpriority creditor's name and mailing address**
American Electric Supply
PO Box 2710
Corona, CA 92878

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$14,826.00

**Date(s) debt was incurred** _

**Basis for the claim:** Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

**3.4** **Nonpriority creditor's name and mailing address**
American Express
PO Box 981535
El Paso, TX 79998

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$17,987.00

**Date(s) debt was incurred** _

**Basis for the claim:** Trade debt - credit card

**Last 4 digits of account number** 1001

Is the claim subject to offset? ☒ No ☐ Yes


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor AC Professional Electric, Inc. Case number (if known) 8:26-bk-12149

**3.5** **Nonpriority creditor's name and mailing address**
Annigian Ryan, LLP
333 N. Indian Hill Blvd.
Claremont, CA 91711
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $34,794.18
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt - state attorney
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.6** **Nonpriority creditor's name and mailing address**
Arizona Electrical Supply
c/o Ryan D. Pont, Esq.Womble Bond Dickinson, LLP201 East Washington Street, #1200
Phoenix, AZ 85004
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $86,129.65
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.7** **Nonpriority creditor's name and mailing address**
Arizona Registrar of Contractors
Attn: Margaret Linsey1700 W. Washington St., Suite 105
Phoenix, AZ 85007
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Notice Purposes Only re: AZ Neatline Excavating v. AC Professional Electric
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.8** **Nonpriority creditor's name and mailing address**
AZ Neatline Excavating
PO Box 868
Waddell, AZ 85355
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $37,000.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.9** **Nonpriority creditor's name and mailing address**
Bank of America
PO Box 660441
Dallas, TX 75266
**Date(s) debt was incurred** _
**Last 4 digits of account number** 3276

**As of the petition filing date, the claim is:** *Check all that apply.* $9,848.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt - credit card
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.10** **Nonpriority creditor's name and mailing address**
Board of Trustees of the Inland Empire IBEW-NECAc/o Kraw Law Group, APC1017 East Grand Ave.
Escondido, CA 92025
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $141,706.88
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.11** **Nonpriority creditor's name and mailing address**
Brager Tax Law Group
21300 Victory Blvd., Suite 300
Woodland Hills, CA 91367
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $7,500.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.12** **Nonpriority creditor's name and mailing address**
Carmax Auto Superstore
12800 Tuckahoe Creek Pkwy
Richmond, VA 23238
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Notice Purposes Only
Is the claim subject to offset? ☒ No ☐ Yes

---


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor AC Professional Electric, Inc.
Name
Case number (if known) 8:26-bk-12149

| | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount |
|---|---|---|---|
| 3.13 | Chamberlain Backhoe<br>214 E. Orangethorpe Ave.<br>Placentia, CA 92870<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Trade debt<br>Is the claim subject to offset? ☒ No ☐ Yes | $8,300.00 |
| 3.14 | Chase Bank<br>PO Box 15123<br>Wilmington, DE 19850<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** 6178 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Trade debt - credit card<br>Is the claim subject to offset? ☒ No ☐ Yes | $33,070.00 |
| 3.15 | Comerica Bank<br>c/o Elan Financial ServicesPO Box 6335<br>Fargo, ND 58125<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** 2208 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Trade debt - credit card<br>Is the claim subject to offset? ☒ No ☐ Yes | $34,985.00 |
| 3.16 | Computer Specialists<br>8892 Watson Street<br>Cypress, CA 90630<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Trade debt<br>Is the claim subject to offset? ☒ No ☐ Yes | $8,009.35 |
| 3.17 | Connex Credit Union<br>c/o Elan Financial ServicesPO Box 6335<br>Fargo, ND 58125<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** 2968 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Trade debt - credit card<br>Is the claim subject to offset? ☒ No ☐ Yes | $2,707.00 |
| 3.18 | Elliott Electric Supply<br>PO Box 206524<br>Dallas, TX 75320<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Trade debt<br>Is the claim subject to offset? ☒ No ☐ Yes | $395,704.96 |
| 3.19 | Family Medical Care Plan<br>c/o Madison Iandolo, Esq.Potts-Dupre, Hawkins & Kramer900 Seventh Street N.W., Ste. 1020<br>Washington, DC 20001<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Trade debt<br>Is the claim subject to offset? ☒ No ☐ Yes | $271,000.00 |
| 3.20 | Graybar Electrical Supply<br>PO Box 57071<br>Los Angeles, CA 90074<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Trade debt<br>Is the claim subject to offset? ☒ No ☐ Yes | $37,319.00 |


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor AC Professional Electric, Inc. Case number (if known) 8:26-bk-12149
Name

| No. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount |
|---|---|---|---|
| 3.21 | Herc Rentals<br>PO Box 936257<br>Atlanta, GA 31193<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Trade debt<br>Is the claim subject to offset? ☒ No ☐ Yes | $3,783.82 |
| 3.22 | JP Integrated Financial<br>24725 W. Sunset Court<br>Mundelein, IL 60060<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Trade debt<br>Is the claim subject to offset? ☒ No ☐ Yes | $80,000.00 |
| 3.23 | Justin Ryver<br>5454 Berryhill Drive<br>Yorba Linda, CA 92886<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Trade debt - personal loan<br>Is the claim subject to offset? ☒ No ☐ Yes | $352,500.00<br>additional unknown amounts are indemnification re corporate liabilities. |
| 3.24 | Lane & McGowan, LLP<br>445 W. 7th St., Suite I<br>San Pedro, CA 90731<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Trade debt<br>Is the claim subject to offset? ☒ No ☐ Yes | $825.00 |
| 3.25 | Liberty Electrical Solutions<br>236 South 8th Avenue, Unit E<br>La Puente, CA 91746<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Trade debt<br>Is the claim subject to offset? ☒ No ☐ Yes | $134,614.37 |
| 3.26 | Main Electrical Supply<br>PO Box 846852<br>Los Angeles, CA 90084<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Trade debt<br>Is the claim subject to offset? ☒ No ☐ Yes | $103,932.70 |
| 3.27 | Mobil Mini (Wilscot)<br>PO Box 91975<br>Chicago, IL 60693<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Trade debt<br>Is the claim subject to offset? ☒ No ☐ Yes | $269.43 |
| 3.28 | On Deck Financial / MCA<br>4700 W. Daybreak Pkwy, Ste. 200<br>South Jordan, UT 84009<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Trade debt<br>Is the claim subject to offset? ☒ No ☐ Yes | $188,000.00 |


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor AC Professional Electric, Inc. Case number (if known) 8:26-bk-12149
Name

**3.29** **Nonpriority creditor's name and mailing address**
PDQ Rentals
10826 Shoemaker Ave.
Santa Fe Springs, CA 90670
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $7,848.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ☒ No ☐ Yes

**3.30** **Nonpriority creditor's name and mailing address**
Rental Concepts dba Fleet Response
695 Boston Mills Road
Hudson, OH 44236
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $16,219.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ☒ No ☐ Yes

**3.31** **Nonpriority creditor's name and mailing address**
Robertson's Ready Mix
c/o A. Maria Plumtree, Esq.Plumtree & Brunner,
LLP7111 Garden Grove Blvd., Ste. 200
Garden Grove, CA 92841
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $1,458.31
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ☒ No ☐ Yes

**3.32** **Nonpriority creditor's name and mailing address**
RS Hughes
10639 Glenoaks Blvd., Ste. 1
Pacoima, CA 91331
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $10,360.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ☒ No ☐ Yes

**3.33** **Nonpriority creditor's name and mailing address**
So. Calif. IBEW-NECA Admin. Corp
c/o Sareen Boyadiian, Esq.Laquer, Urban,
Clifford & Hodge200 South Los Robles Ave.
#500
Pasadena, CA 91101
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $68,531.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ☒ No ☐ Yes

**3.34** **Nonpriority creditor's name and mailing address**
Southwest Mobile Storage
1005 N. 50th Street
Phoenix, AZ 85008
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $10,208.09
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ☒ No ☐ Yes

**3.35** **Nonpriority creditor's name and mailing address**
Sunbelt Rentals, Inc.
1275 West Mound Street
Columbus, OH 43223
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $28,963.66
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ☒ No ☐ Yes

**3.36** **Nonpriority creditor's name and mailing address**
Sunstate Equipment
PO Box 208439
Dallas, TX 75320
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $22,447.84
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ☒ No ☐ Yes


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor AC Professional Electric, Inc. Case number (if known) 8:26-bk-12149
Name

| # | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Amount |
|---|---|---|---|
| 3.37 | Superior Grout & Concrete Pumping<br>2709 W. Lincoln<br>Phoenix, AZ 85009<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Notice Purposes Only<br>Is the claim subject to offset? ☒ No ☐ Yes | $0.00 |
| 3.38 | Tepcon Construction, Inc.<br>2113 E. Rio Salado Parkway<br>Tempe, AZ 85288<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Trade debt<br>Is the claim subject to offset? ☒ No ☐ Yes | $6,120.89 |
| 3.39 | The Craven Firm, PLLC<br>14555 N. Scottsdale Rd., Suite 320<br>Scottsdale, AZ 85254<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Trade debt<br>Is the claim subject to offset? ☒ No ☐ Yes | $40,401.00 |
| 3.40 | Threecore, LLC<br>8700 Freeport Parkway, Ste. 210<br>Irving, TX 75063<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Trade debt<br>Is the claim subject to offset? ☒ No ☐ Yes | $0.00 |
| 3.41 | Trustees of the National Elect Bene<br>c/o Jennifer Bush Hawkins, Esq.Potts-Dupre,<br>Hawkins & Kramer, Chtd900 Seventh St., NW,<br>Ste. 1020<br>Washington, DC 20001<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Trade debt<br>Is the claim subject to offset? ☒ No ☐ Yes | $271,000.00 |
| 3.42 | Walters Wholesale Electrical Supply<br>1880 Spruce Street<br>Riverside, CA 92507<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Trade debt<br>Is the claim subject to offset? ☒ No ☐ Yes | $2,970.89 |
| 3.43 | Weidenbach Brown<br>1025 Westchester Ave., Ste. 1101<br>White Plains, NY 10605<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Trade debt<br>Is the claim subject to offset? ☒ No ☐ Yes | $2,500.00 |
| 3.44 | Wesco<br>PO Box 051122<br>Dallas, TX 75267<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Trade debt<br>Is the claim subject to offset? ☒ No ☐ Yes | $849,314.61 |


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor AC Professional Electric, Inc. Case number (if known) 8:26-bk-12149

**3.45** **Nonpriority creditor's name and mailing address**
Wex Fuel
PO Box 639
Portland, ME 04104
**Date(s) debt was incurred** _
**Last 4 digits of account number** 5313

**As of the petition filing date, the claim is:** *Check all that apply.* $5,500.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ☒ No ☐ Yes

**3.46** **Nonpriority creditor's name and mailing address**
Wilson/Ivanova
550 E. Hospitality Lane, Ste. 300
San Bernardino, CA 92408
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $13,865.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ☒ No ☐ Yes

**3.47** **Nonpriority creditor's name and mailing address**
WinCo Foods, Inc.
c/o Kimberly Sayre, Esq.Resnick & Louis,
PC15300 N. 90th Street, Suite 400
Scottsdale, AZ 85260
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ☒ No ☐ Yes

**3.48** **Nonpriority creditor's name and mailing address**
X Contracting - Carmax
6751 N. Sunset Blvd., Ste. E-305
Glendale, AZ 85305
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $314,465.01
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ☒ No ☐ Yes

**3.49** **Nonpriority creditor's name and mailing address**
X3 Tradesmen
1549 W. 7800 S.
West Jordan, UT 84088
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $620,620.90
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ☒ No ☐ Yes

## Part 3: List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | Danielle Gillen<br>The Law Office of Mark A. Kirkorsky1119 W. Southern Ave., Ste. 200<br>Mesa, AZ 85210 | Line 3.30<br>☐ Not listed. Explain ____ | _ |
| 4.2 | Law Offices of John D. Guerrini<br>74-710 Highway 111, Suite 102<br>Palm Desert, CA 92260 | Line 3.35<br>☐ Not listed. Explain ____ | _ |
| 4.3 | Marcus Tucker, Esq.<br>Phelps Dunbar, LLP1001 Fannin Street, Suite 2200<br>Houston, TX 77002 | Line 3.1<br>☐ Not listed. Explain ____ | _ |


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor AC Professional Electric, Inc. Case number (if known) 8:26-bk-12149
Name

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.4 | North River Insurance Company<br>c/o Kate TiceCrum & Forster305 Madison Ave., PO Box 1973<br>Morristown, NJ 07962 | Line 3.13<br>☐ Not listed. Explain ____ | _ |
| 4.5 | United Rentals<br>PO Box 4366<br>Modesto, CA 95352 | Line 3.30<br>☐ Not listed. Explain ____ | _ |

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 1,013,115.86 |
| **5b. Total claims from Part 2** | 5b. + | $ 4,344,488.04 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 5,357,603.90 |


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name AC Professional Electric, Inc.

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) 8:26-bk-12149

☒ Check if this is an amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/25

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

## Part 1: Income

1. **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| For prior year:<br>From 01/01/2025 to 12/31/2025 | ☒ Operating a business<br>☐ Other | $5,633,588.82 |
| For year before that:<br>From 01/01/2024 to 12/31/2024 | ☒ Operating a business<br>☐ Other | $5,268,393.00 |

2. **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☒ None.

| Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|

## Part 2: List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. see attached | | $0.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

| DATE | CATEGORY | DESCRIPTION | DEBIT AMT |
|---|---|---|---|
| 7/23/26 | AP - PAYROLL P4C SERVICE CHG | Sending Bank: 121000248, WELLS FARGO BANK, NA - Sending Bank Reference: 2026072300056890 - Recei | $250.00 |
| 7/20/26 | AP - SOUTHWEST MOBIL MINI | Check#0000071926 CHECK (SUBSTITUTE) | $500.00 |
| 7/17/26 | AP - ESTIMATING SOFTWARE | McCormick System VSP*McCor 37397131 | $318.00 |
| 7/15/26 | AP - BUILDING ALARM | VALLEY ARMET ALA ACH 260714 | $54.95 |
| 7/15/26 | AP - INTERNET | SPECTRUM SPECTRUM 260714 | $173.70 |
| 7/15/26 | AP - IT SERVICES | Eide Bailly LLP 7012398696 260714 | $510.00 |
| 7/15/26 | AP - PAYROLL | RTP to Nicole Beringer 075341 | $1,298.74 |
| 7/15/26 | AP - PAYROLL | RTP to Justin Ryver 056293 | $2,190.78 |
| 7/14/26 | AP - UTILITIES COC | CITY OF CORONA BILLPAY 260713 | $211.96 |
| 7/13/26 | AP - BANK SERVICE CHARGE | SERVICE CHARGE | $188.76 |
| 7/7/26 | AP - IT SERVICES OLD | ACPROFESSION8176 CORP PAY 260707 -SETT-TPA ACH | $1,334.89 |
| 7/6/26 | AP - QBO | INTUIT *QBooks Online SAN DIEGO CA USA 4530 | $275.00 |
| 6/30/26 | AP - PAYROLL | RTP to Steven Edwards 072083 | $743.75 |
| 6/30/26 | AP - PAYROLL P4C SERVICE CHG | Sending Bank: 121137522, COMERICA CALIFORNIA - Sending Bank Reference: 260630022061 - Receiving Ba | $329.93 |
| 6/23/26 | AP - ATTORNEY - POLIS | Sending Bank: 121137522, COMERICA CALIFORNIA - Sending Bank Reference: 260623005411 - Receiving Ba | $15,000.00 |
| 6/23/26 | AP - PAYROLL P4C | Sending Bank: 121000248, WELLS FARGO BANK, NA - Sending Bank Reference: 2026062300083558 - Recei | $23,041.84 |
| 6/23/26 | AP - PAYROLL P4C | Sending Bank: 121000248, WELLS FARGO BANK, NA - Sending Bank Reference: 2026062300084152 - Recei | $50,775.00 |
| 6/22/26 | AP - CREDIT CARD | ELAN WEB PYMT 260622 ***********2968 | $27.00 |
| 6/22/26 | AP - SOUTHWEST MOBIL MINI | Check#0000061926 CHECK (SUBSTITUTE) | $500.00 |
| 6/22/26 | AP - PAYROLL | ACPROFESSION8176 PAYROLL 260622 -SETT-TPA ACH | $2,643.63 |
| 6/22/26 | AP - PAYROLL | RTP to Luis Amaro 051640 | $708.32 |
| 6/22/26 | AP - PAYROLL | RTP to Rodolfo Indalecio Virata 051639 | $776.08 |
| 6/22/26 | AP - PAYROLL | RTP to Kobi Kelly 051641 | $877.10 |
| 6/22/26 | AP - PAYROLL | RTP to Ronaldo Castro 061233 | $928.37 |
| 6/22/26 | AP - PAYROLL | RTP to Nicole Beringer 061230 | $1,298.74 |
| 6/22/26 | AP - PAYROLL | RTP to Carlos Sainz 061231 | $1,641.56 |
| 6/22/26 | AP - PAYROLL | RTP to Thomas LaRosa 051638 | $2,006.80 |
| 6/22/26 | AP - PAYROLL | RTP to Justin Ryver 061232 | $2,190.78 |
| 6/22/26 | AP - PAYROLL | RTP to Caleb Gunderson 051637 | $470.88 |
| 6/22/26 | AP - PAYROLL | RTP to Cristian Aparicio 061228 | $724.58 |
| 6/22/26 | AP - PAYROLL | RTP to Steven Edwards 061229 | $2,388.53 |
| 6/22/26 | AP - PAYROLL | RTP to Fernando Garcia 058593 | $2,338.48 |
| 6/18/26 | AP - ESTIMATING SOFTWARE | McCormick System VSP*McCor 35964295 | $636.00 |
| 6/17/26 | AP - BUILDING GARDNER 2 MONTH | Check#0000001055 CHECK (SUBSTITUTE) | $120.00 |
| 6/17/26 | AP - PAYROLL | ACPROFESSION8176 PAYROLL 260617 -SETT-TPA ACH | $1,541.23 |
| 6/17/26 | AP - PAYROLL | ACPROFESSION8176 PAYROLL 260617 -SETT-TPA ACH | $1,917.53 |
| 6/17/26 | AP - WEX GAS CARD | WRIGHT EXPRESS FLEET DEBI 260616 9100013870827 | $6,286.91 |
| 6/17/26 | AP - PAYROLL | RTP to Thomas LaRosa 064454 | $2,754.24 |
| 6/17/26 | AP - PAYROLL | RTP to Rodolfo Indalecio Virata 056421 | $776.08 |
| 6/17/26 | AP - PAYROLL | RTP to Kobi Kelly 064452 | $1,404.35 |
| 6/17/26 | AP - PAYROLL | RTP to Ronaldo Castro 064451 | $1,555.54 |

| | | | |
|---|---|---|---|
| 6/17/26 | AP - PAYROLL | RTP to Carlos Sainz 064450 | $1,641.56 |
| 6/17/26 | AP - PAYROLL | RTP to Justin Ryver 056422 | $2,190.78 |
| 6/17/26 | AP - PAYROLL | RTP to Luis Amaro 056378 | $708.32 |
| 6/17/26 | AP - PAYROLL | RTP to Cristian Aparicio 064444 | $724.58 |
| 6/17/26 | AP - PAYROLL | RTP to Caleb Gunderson 056376 | $746.69 |
| 6/17/26 | AP - PAYROLL | RTP to Nicole Beringer 064445 | $1,298.74 |
| 6/17/26 | AP - PAYROLL | RTP to Fernando Garcia 056377 | $1,872.86 |
| 6/17/26 | AP - PAYROLL | RTP to Steven Edwards 064446 | $2,469.69 |
| 6/12/26 | AP - UTILITIES COC | CITY OF CORONA BILLPAY 260611 | $308.46 |
| 6/12/26 | AP - ELECTRIC | SO CAL EDISON CO BILL PAYMT 260611 | $687.98 |
| 6/12/26 | AP - TRASH | WASTE MANAGEMENT PAYMENT 260611 | $839.40 |
| 6/12/26 | AP - PAYROLL | RTP to Luis Amaro 059620 | $129.62 |
| 6/12/26 | AP - PAYROLL | RTP to Ronaldo Castro 059619 | $100.00 |
| 6/12/26 | AP - PAYROLL | RTP to Thomas LaRosa 051610 | $147.62 |
| 6/11/26 | AP - BANK SERVICE CHARGE | SERVICE CHARGE | $116.63 |
| 6/10/26 | AP - PAYROLL | ACPROFESSION8176 PAYROLL 260610 -SETT-TPA ACH | $1,891.12 |
| 6/10/26 | AP - PAYROLL | RTP to Luis Amaro 057095 | $578.70 |
| 6/10/26 | AP - PAYROLL | RTP to Cristian Aparicio 057094 | $591.71 |
| 6/10/26 | AP - PAYROLL | RTP to Ronaldo Castro 057092 | $940.41 |
| 6/10/26 | AP - PAYROLL | RTP to Nicole Beringer 057093 | $1,298.74 |
| 6/10/26 | AP - PAYROLL | RTP to Caleb Gunderson 069447 | $725.52 |
| 6/10/26 | AP - PAYROLL | RTP to Rodolfo Indalecio Virata 069448 | $776.08 |
| 6/10/26 | AP - PAYROLL | RTP to Carlos Sainz 069446 | $1,641.56 |
| 6/10/26 | AP - PAYROLL | RTP to Fernando Garcia 057091 | $1,676.67 |
| 6/10/26 | AP - PAYROLL | RTP to Steven Edwards 057089 | $1,762.98 |
| 6/10/26 | AP - PAYROLL | RTP to Thomas LaRosa 057090 | $1,859.18 |
| 6/10/26 | AP - PAYROLL | RTP to Justin Ryver 069449 | $2,190.78 |
| 6/8/26 | AP - RIENBURSMENT | RTP to Carlos Sainz 055047 | $37.09 |
| 6/8/26 | AP - RIENBURSMENT | RTP to Carlos Sainz 055047 | $37.09 |
| 6/8/26 | AP - PAYROLL | RTP to Thomas LaRosa 067520 | $520.00 |
| 6/8/26 | AP - PAYROLL | RTP to Thomas LaRosa 067520 | $520.00 |
| 6/8/26 | AP - PAYROLL | RTP to Ronaldo Castro 067521 | $520.00 |
| 6/8/26 | AP - PAYROLL | RTP to Fernando Garcia 055046 | $520.00 |
| 6/8/26 | AP - PAYROLL | RTP to Ronaldo Castro 067521 | $520.00 |
| 6/8/26 | AP - PAYROLL | RTP to Fernando Garcia 055046 | $520.00 |
| 6/5/26 | AP - IT SERVICES | Eide Bailly LLP 7012398696 260604 | $1,025.10 |
| 6/5/26 | AP - BUILDING RENT | BASELANE* RENT#J PURCHASE B | $8,054.00 |
| 6/5/26 | AP - QBO | INTUIT *QBooks Online SAN DIEGO CA USA 4530 | $275.00 |
| 6/4/26 | AP - BUILDING ALARM | VALLEY ARMET ALA ACH 260603 | $164.85 |
| 6/4/26 | AP - OFFICE PHONE LINE | FRONTIER COMMUNI BILL PAY 260603 14831741131 | $173.32 |
| 6/4/26 | AP - INTERNET | SPECTRUM SPECTRUM 260603 | $367.80 |
| 6/4/26 | AP - PAYROLL | ACPROFESSION8176 PAYROLL 260604 -SETT-TPA ACH | $419.25 |

| | | | |
|---|---|---|---|
| 6/4/26 | AP - IT SERVICES OLD | ACPROFESSION8176 CORP PAY 260604 -SETT-TPA ACH | $1,334.89 |
| 6/3/26 | AP - CONTRACTOR LIC | RMO AGENCY LLC 8008184962 260602 12131803855 | $1,495.00 |
| 6/3/26 | AP - INSURANCE AUTO | Kemper Auto KemperAuto 260601 | $1,663.31 |
| 6/3/26 | AP - PAYROLL | ACPROFESSION8176 PAYROLL 260603 -SETT-TPA ACH | $3,673.13 |
| 6/3/26 | AP - PAYROLL | RTP to Caleb Gunderson 050543 | $167.53 |
| 6/3/26 | AP - PAYROLL | RTP to Cristian Aparicio 060929 | $591.71 |
| 6/3/26 | AP - PAYROLL | RTP to Rodolfo Indalecio Virata 050544 | $634.09 |
| 6/3/26 | AP - PAYROLL | RTP to Ronaldo Castro 050542 | $1,399.49 |
| 6/3/26 | AP - PAYROLL | RTP to Carlos Sainz 060931 | $1,476.23 |
| 6/3/26 | AP - PAYROLL | RTP to Thomas LaRosa 060930 | $1,971.25 |
| 6/3/26 | AP - PAYROLL | RTP to Fernando Garcia 060932 | $2,095.38 |
| 6/3/26 | AP - PAYROLL | RTP to Steven Edwards 060928 | $2,415.38 |
| 6/3/26 | AP - PAYROLL | RTP to Justin Ryver 050545 | $2,920.78 |
| 6/3/26 | AP - PAYROLL | RTP to Luis Amaro 060927 | $578.70 |
| 6/3/26 | AP - PAYROLL | RTP to Nicole Beringer 050541 | $1,398.74 |
| 6/1/26 | AP - VERIZON | ACHMA VISB BILL PYMNT 260530 | $794.38 |
| 6/1/26 | AP - INSURANCE GL/UMB | IPFS855-212-6850 IPFSPMTCAP 70465 | $7,248.68 |
| 6/1/26 | AP - PAYROLL | RTP to Fernando Garcia 069370 | $300.00 |
| 5/27/26 | AP - PAYROLL | ACPROFESSION8176 PAYROLL 260527 -SETT-TPA ACH | $4,727.80 |
| 5/27/26 | AP - PAYROLL | RTP to Nicole Beringer 063250 | $1,298.74 |
| 5/27/26 | AP - PAYROLL | RTP to Fernando Garcia 063248 | $1,695.38 |
| 5/27/26 | AP - PAYROLL | RTP to Steven Edwards 052972 | $1,933.53 |
| 5/27/26 | AP - PAYROLL | RTP to Justin Ryver 063247 | $2,190.78 |
| 5/27/26 | AP - PAYROLL | RTP to Thomas LaRosa 052968 | $420.62 |
| 5/27/26 | AP - PAYROLL | RTP to Luis Amaro 052970 | $659.72 |
| 5/27/26 | AP - PAYROLL | RTP to Rodolfo Indalecio Virata 052971 | $723.76 |
| 5/27/26 | AP - PAYROLL | RTP to Cristian Aparicio 052969 | $724.58 |
| 5/27/26 | AP - PAYROLL | RTP to Ronaldo Castro 063249 | $1,042.45 |
| 5/27/26 | AP - PAYROLL | RTP to Carlos Sainz 063246 | $1,632.58 |
| 5/22/26 | AP - CREDIT CARD | ELAN WEB PYMT 260522 ***********2968 | $27.00 |
| 5/21/26 | AP - RIENBURSMENT | RTP to Carlos Sainz 056211 | $80.27 |
| 5/19/26 | AP - SOUTHWEST MOBIL MINI | Check#0000051926 CHECK (SUBSTITUTE) | $500.00 |
| 5/19/26 | AP - INSURANCE (LIFE) | SwiftTerm Premiu SwiftTerm | $579.54 |
| 5/19/26 | AP - ESTIMATING SOFTWARE | MCCORMICK PURCHASE 260518 JUSTIN RYVER | $636.00 |
| 5/19/26 | AP - PAYROLL | ACPROFESSION8176 PAYROLL 260519 -SETT-TPA ACH | $4,895.80 |
| 5/19/26 | AP - PAYROLL | RTP to Cut N Core, Inc 053686 | $700.00 |
| 5/19/26 | AP - PAYROLL | RTP to Michael Gallet 056469 | $868.96 |
| 5/19/26 | AP - PAYROLL | RTP to Thomas LaRosa 053485 | $1,153.27 |
| 5/19/26 | AP - PAYROLL | RTP to Fernando Garcia 056467 | $1,862.86 |
| 5/19/26 | AP - PAYROLL | RTP to Justin Ryver 053484 | $2,190.78 |
| 5/19/26 | AP - PAYROLL | RTP to Luis Amaro 053483 | $708.32 |
| 5/19/26 | AP - PAYROLL | RTP to Cristian Aparicio 056466 | $724.58 |

| | | | |
|---|---|---|---|
| 5/19/26 | AP - PAYROLL | RTP to Rodolfo Indalecio Virata 056465 | $776.08 |
| 5/19/26 | AP - PAYROLL | RTP to Nicole Beringer 053480 | $1,298.74 |
| 5/19/26 | AP - PAYROLL | RTP to Henry Ledesma 056468 | $1,576.86 |
| 5/19/26 | AP - PAYROLL | RTP to Ronaldo Castro 056464 | $1,620.81 |
| 5/19/26 | AP - PAYROLL | RTP to Carlos Sainz 053481 | $1,641.56 |
| 5/19/26 | AP - PAYROLL | RTP to Steven Edwards 053482 | $2,388.53 |
| 5/18/26 | AP - UNION DUES (NECA - IBEW LOCAL 41: | Check#0000001053 CHECK (SUBSTITUTE) | $484.47 |
| 5/18/26 | AP - SERVICE FEE | FEE - OVERDRAFT | $40.00 |
| 5/18/26 | AP - WEX GAS CARD | DEBIT PAID - ACCOUNT OVERDRAWN | $5,844.14 |
| 5/14/26 | AP - ONDECK MCA LOAN | ONDECK CAPITAL 9 44084 260514 331563074 | $10.00 |
| 5/14/26 | AP - MAIN ELECTRIC | MAIN ELECTRIC SU BT0513 051326 000000355844524 | $999.98 |
| 5/14/26 | AP - CONTRACTOR LIC | RMO AGENCY LLC 8008184962 260513 12056282452 | $1,495.00 |
| 5/13/26 | AP - INTERNET | SPECTRUM SPECTRUM 260512 | $175.00 |
| 5/13/26 | AP - PAYROLL | ACPROFESSION8176 PAYROLL 260513 -SETT-TPA ACH | $4,811.61 |
| 5/13/26 | AP - INSURANCE WC | WESTGUARD INS CO INS PREM ACWC643324 | $5,425.33 |
| 5/13/26 | AP - PAYROLL | RTP to Cristian Aparicio 059059 | $699.68 |
| 5/13/26 | AP - PAYROLL | RTP to Luis Amaro 059057 | $708.32 |
| 5/13/26 | AP - PAYROLL | RTP to Rodolfo Indalecio Virata 059056 | $776.08 |
| 5/13/26 | AP - PAYROLL | RTP to Ronaldo Castro 068123 | $899.47 |
| 5/13/26 | AP - PAYROLL | RTP to Michael Gallet 068127 | $963.09 |
| 5/13/26 | AP - PAYROLL | RTP to Nicole Beringer 059054 | $1,298.74 |
| 5/13/26 | AP - PAYROLL | RTP to Henry Ledesma 068125 | $1,439.31 |
| 5/13/26 | AP - PAYROLL | RTP to Fernando Garcia 068126 | $1,445.38 |
| 5/13/26 | AP - PAYROLL | RTP to Carlos Sainz 068122 | $1,641.56 |
| 5/13/26 | AP - PAYROLL | RTP to Thomas LaRosa 068124 | $1,897.94 |
| 5/13/26 | AP - PAYROLL | RTP to Justin Ryver 059055 | $2,190.78 |
| 5/13/26 | AP - PAYROLL | RTP to Steven Edwards 059058 | $2,388.53 |
| 5/13/26 | AP - BANK SERVICE CHARGE | SERVICE CHARGE | $113.92 |
| 5/12/26 | AP - CONTRACTOR LIC | RMO AGENCY LLC 8008184962 260511 12042266083 | $25.00 |
| 5/12/26 | AP - UTILITIES COC | CITY OF CORONA BILLPAY 260511 | $192.66 |
| 5/12/26 | AP - PAYROLL | ACPROFESSION8176 PAYROLL 260512 -SETT-TPA ACH | $1,521.65 |
| 5/12/26 | AP - BUILDING RENT | BASELANE* RENT#N PURCHASE B | $8,654.00 |
| 5/12/26 | AP - REINBURSMENT | RTP to Henry Ledesma 067202 | $100.00 |
| 5/6/26 | AP - SERVICE FEE | FEE - RETURNED ITEM | $40.00 |
| 5/6/26 | AP - SERVICE FEE | FEE - RETURNED ITEM | $40.00 |
| 5/5/26 | AP - ONDECK MCA LOAN | ONDECK CAPITAL 9 43763 260504 329676948 | $25.00 |
| 5/5/26 | AP - PAYROLL P4C SERVICE CHG | Payroll4Const COLLECTION 043026 18576 | $202.60 |
| 5/5/26 | AP - INSURANCE AUTO | Kemper Auto KemperAuto 260501 | $1,663.32 |
| 5/5/26 | AP - ONDECK MCA LOAN | ONDECK CAPITAL 9 43741 260504 329625171 | $2,732.69 |
| 5/5/26 | AP - QBO | INTUIT *QBooks Online SAN DIEGO CA USA 4530 | $275.00 |
| 5/4/26 | AP - PAYROLL | ACPROFESSION8176 PAYROLL 260504 -SETT-TPA ACH | $1,102.40 |
| 5/4/26 | AP - PAYROLL | RTP to Guy Moug 059499 | $429.97 |

| | | | |
|---|---|---|---|
| 5/1/26 | AP - DEBT CONSOLIDATION SRV | JP INTEGRATED FI SALE 260501 | $1,145.83 |
| 4/30/26 | AP - PAYROLL | RTP to Ronaldo Castro 054792 | $398.60 |
| 4/30/26 | AP - PAYROLL | RTP to Erin Kibbe 054485 | $662.94 |
| 4/29/26 | AP - SERVICE FEE | FEE - RETURNED ITEM | $40.00 |
| 4/28/26 | AP - PAYROLL P4C SERVICE CHG | Payroll4Const COLLECTION 042726 18576 | $792.71 |
| 4/28/26 | AP - PAYROLL | Payroll4Const COLLECTION 042726 18576 | $26,345.68 |
| 4/27/26 | AP - PAYROLL P4C SERVICE CHG | Payroll4Const COLLECTION 040526 18576 | $250.00 |
| 4/24/26 | AP - PAYROLL | ACPROFESSION8176 PAYROLL 260424 -SETT-TPA ACH | $1,712.62 |
| 4/24/26 | AP - PAYROLL | RTP to Guy Moug 052091 | $429.97 |
| 4/22/26 | AP - CREDIT CARD | CARDMEMBER SERV WEB PYMT ***********2968 | $28.00 |
| 4/22/26 | AP - SERVICE FEE | FEE - OVERDRAFT | $40.00 |
| 4/22/26 | AP - PAYROLL | DEBIT PAID - ACCOUNT OVERDRAWN | $27,250.96 |
| 4/21/26 | AP - UNION DUES (NECA) | Sending Bank: 121137522, COMERICA CALIFORNIA - Sending Bank Reference: 260421001166 - Receiving B | $2,970.52 |
| 4/20/26 | AP - SOUTHWEST MOBIL MINI | Check#0000041926 CHECK (SUBSTITUTE) | $500.00 |
| 4/20/26 | AP - INSURANCE (LIFE) | SwiftTerm Premiu SwiftTerm | $579.54 |
| 4/20/26 | AP - ESTIMATING SOFTWARE | MCCORMICK PURCHASE 260417 JUSTIN RYVER | $636.00 |
| 4/20/26 | AP - ONDECK MCA LOAN | ONDECK CAPITAL 9 43337 260420 326817607 | $2,732.69 |
| 4/15/26 | AP - ESTIMATING SOFTWARE | MCCORMICK PURCHASE 260414 JUSTIN RYVER | $636.00 |
| 4/15/26 | AP - AZ NEATLINE (CARMAX SUBCONTRAC | Sending Bank: 121137522, COMERICA CALIFORNIA - Sending Bank Reference: 260415016448 - Receiving B | $11,000.00 |
| | | | $381,643.16 |

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| | Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | see attached | | $0.00 | |

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☒ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☒ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3: Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Tepcon Construction v. AC Professional Electric<br>2025-7041 | Civil | | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | AG&P Americas v. AC Professional Electric<br>202594239 | Civil | Judicial District Court of Harris<br>County, Texas PO Box 4651<br>Houston, TX 77210 | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | AZ Nestline Excavting v. AC Professional Electric<br>2025-07169 | Collection | Arizona Registrar of Contractors<br>PO Box 18244<br>Phoenix, AZ 85005 | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | Sunbelt Rentals v. AC Professional Electric<br>20250411200 | | | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. | Consolidated Electrical Distributors dba Arizona Electric Supply v. AC Professional Electric, et al<br>CV2025-061326 | Civil | Maricopa County Superior Court<br>201 West Jefferson Avenue<br>Phoenix, AZ 85003 | ☒ Pending<br>☐ On appeal<br>☐ Concluded |


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

| DATE | CATEGORY | DESCRIPTION | DEBIT AMT |
|---|---|---|---|
| 7/15/26 | AP - PAYROLL | RTP to Justin Ryver 056293 | $2,190.78 |
| 6/22/26 | AP - PAYROLL | RTP to Justin Ryver 061232 | $2,190.78 |
| 6/17/26 | AP - PAYROLL | RTP to Justin Ryver 056422 | $2,190.78 |
| 6/10/26 | AP - PAYROLL | RTP to Justin Ryver 069449 | $2,190.78 |
| 6/3/26 | AP - PAYROLL | RTP to Justin Ryver 050545 | $2,920.78 |
| 5/27/26 | AP - PAYROLL | RTP to Justin Ryver 063247 | $2,190.78 |
| 5/19/26 | AP - PAYROLL | RTP to Justin Ryver 053484 | $2,190.78 |
| 5/13/26 | AP - PAYROLL | RTP to Justin Ryver 059055 | $2,190.78 |
| | | | $18,256.24 |

Debtor AC Professional Electric, Inc. Case number *(if known)* 8:26-bk-12149

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.6. | Robertson's Ready Mix v. AC Professional Electric, et al.<br>CVC02600259 | Civil | Superior Court Of California Riverside<br>Corona Courthouse 505 S. Buena Vista Ave. #201<br>Corona, CA 92882 | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.7. | Board of Trustees IBEW, et al v. AC Professional Electric<br>5:26-cv-00187-JGB | Contract | U.S. District Court for the Central<br>District of California 3470 Twelfth Street<br>Riverside, CA 92501 | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.8. | Trustees of the National Electrical Benefit Fund v. AC Professional Electric<br>8:26-cv-00693-DLB | Contract | U.S. District Court for the District of<br>Maryland 6500 Cherrywood Lane<br>Greenbelt, MD 20770 | ☒ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None

## Part 4: Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☒ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5: Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☒ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6: Certain Payments or Transfers

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Thomas J. Polis, Esq.<br>Polis & Associates, APLC<br>19800 MacArthur Blvd, Suite 1000<br>Irvine, CA 92612-2433 | retainer and filing fee | 7/2026 | $15,338.00 |

**Email or website address**
tom@polis-law.com

**Who made the payment, if not debtor?**

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☒ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☒ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

## Part 7: Previous Locations

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☒ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

## Part 8: Health Care Bankruptcies

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9: Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

☒ No.
☐ Yes. State the nature of the information collected and retained.


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☒ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☒ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☒ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☒ None

## Part 12: Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ No.
☐ Yes. Provide details below.


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor AC Professional Electric, Inc. Case number *(if known)* 8:26-bk-12149

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13: Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

☒ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1. Nicole Beringer | 8/1/20024 - present |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☒ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☒ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☒ None

| Name and address |
|---|

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☒ No
☐ Yes. Give the details about the two most recent inventories.



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☒ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☒ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☒ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14: Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 24, 2026

/s/ Justin Ryver
Signature of individual signing on behalf of the debtor

Justin Ryver
Printed name

Position or relationship to debtor President

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☒ No
☐ Yes


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy