Karen Sue Naylor, Chapter 7 Trustee
23101 Lake Center Drive, Suite 355
Lake Forest, CA 92630
karen@ringstadlaw.com
Telephone (949) 748-7936
Chapter 7 Trustee

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SANTA ANA DIVISION**

| | |
|---|---|
| In Re:<br><br>AC PROFESSIONAL ELECTRIC INC<br><br>Debtor(s) | Case No. 26-12149 SC<br>Chapter 7<br><br>NOTICE OF CONTINUED MEETING OF CREDITORS AND APPEARANCE OF DEBTOR [11 USC 341(a)] |

TO THE ABOVE NAMED DEBTOR(S), THE ATTORNEY OF RECORD, AND THE OFFICE OF THE UNITED STATES TRUSTEE:

You are hereby notified that the Meeting of Creditors pursuant to Title 11 U.S.C. § 341(a) in the above-entitled matter was continued to **September 09, 2026** at **3:30 PM** via Zoom video meeting for the reason set forth below:

Other:

For Zoom video meeting, go to:
Zoom.us/join
Enter Meeting ID 506 522 8452, and Passcode 9524534563

ALL APPEARANCES ARE MANDATORY UNLESS EXCUSED BY THIS OFFICE PRIOR TO THE HEARING. FAILURE TO APPEAR MAY RESULT IN YOUR CASE BEING DISMISSED.

ALL DOCUMENTS ARE DUE A MINIMUM OF SEVEN DAYS BEFORE THE CONTINUED MEETING.

/s/ Karen Sue Naylor
Karen Sue Naylor, TRUSTEE

I certify that I served the within notice on the above debtor(s), debtor's counsel of record, if any, on August 25, 2026.

/s/ Alane Canzone
Alane Canzone